Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIM HENSLEY, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-00508-VCF |
| v. | ) |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff, Kim Hensley, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day (60) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed October 4, 2021.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from October 4, 2021 up to and including December

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

3, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated this 26th day of September, 2021.

             Respectfully submitted,

             */s/Hal Taylor*
             Hal Taylor, Esq.
             Of Counsel, Olinsky Law Group
             NV Bar No.: 4399
             223 Marsh Ave.
             Reno, NV 89509
             Tel: (775) 825-2223
             Fax: (775) 329-1113
             HalTaylorLawyer@GBIS.com

### **Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, September 26, 2021, by CMECF to Allison Cheung, Esq. and Blaine T. Welsh, Esq., who are filing users of the CM/ECF system.

             */s/Hal Taylor*
             Hal Taylor, Esq.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
9-27-2021
DATED _____